# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Inetta Burns, | |
| Plaintiff, | |
| v. | Case No. 15-cv-6163 |
| Wal-Mart Stores, Inc., | Judge: John W. Darrah |
| Defendant. | Magistrate Judge: Daniel G. Martin |

## PLAINTIFF'S NOTICE OF MOTION
## FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

PLEASE TAKE NOTICE that on September 27, 2016 at 9:30 a.m., the parties shall appear before the Honorable John W. Darrah, or any judge sitting in his stead in room 1203 of the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois and present **Plaintiff's Motion for Leave to File Under Seal** in the above-captioned matter.

Plaintiff respectfully requests that if a hearing is necessary on her Motion for Leave to File Under Seal, that she be allowed by appear telephonically.

Date: September 22, 2016

**NICHOLS KASTER, PLLP**

s/Janet M. Olawsky
James H. Kaster* (WI #1001474, MN #53946)
    kaster@nka.com
Matthew H. Morgan* (MN #304657)
    morgan@nka.com
Janet M. Olawsky* (MN #393311)
    jolawsky@nka.com
80 South Eighth Street
4600 IDS Center
Minneapolis, Minnesota 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878
*Admitted pro hac vice*

## THE PRINZ LAW FIRM, P.C.

Kristen Prinz (IL #6291900)
 kprinz@prinz-lawfirm.com
Poonam Lakhani (IL #6306318)
 plakhani@prinz-lawfirm.com
One East Wacker
Suite 550
Chicago, Illinois 60601
Telephone: (312) 212-4450
Fax: (312) 284-4822

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 22, 2016, she electronically filed the forgoing **Plaintiff's Notice of Motion for Leave to File Under Seal**. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

 s/Janet M. Olawsky
 Janet Olawsky
 NICHOLS KASTER, PLLP